United States District Court
Southern District of Texas
**ENTERED**
February 12, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| PATRICIA AND TORBEN ROSENDAHL § <br> § <br> VS. § <br> § <br> WRIGHT NATIONAL FLOOD § <br> INSURANCE COMPANY § | CIVIL ACTION NO.  3:18-cv-346 |

### DOCKET CONTROL ORDER

This case will be controlled by the following schedule.

### DEADLINES

1. **February 22, 2019**  **DEADLINE TO AMEND PLEADINGS** Parties may amend pleadings by this date without leave of court. If Plaintiff(s) file(s) an Amended Complaint by this date, Defendant(s) may file a responsive pleading in accordance with Fed. R. Civ. P. 15(a)(3). After expiration of this deadline, a party seeking to amend pleadings must file a motion for leave demonstrating both good cause and excusable neglect in accordance with Fed. R. Civ. P. 6(b)(1)(B).

2. **February 22, 2019**  **DEADLINE TO ADD NEW PARTIES** New parties may be added by this date without leave of court. After expiration of this deadline, a party seeking to add a new party must file a motion for leave demonstrating both good cause and excusable neglect in accordance with Fed. R. Civ. P. 6(b)(1)(B). The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties.

3. **July 26, 2019**  Identification of plaintiff's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

4. **August 30, 2019**  Identification of defendant's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

5. **September 27, 2019**   **COMPLETION OF DISCOVERY** Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

6. N/A   **LIMITS ON DISCOVERY**

7. **October 4, 2019**   **DISPOSITIVE MOTIONS**

8. **December 6, 2019**   **ALL OTHER PRETRIAL MOTIONS**

9. **January 3, 2020**   **JOINT PRETRIAL ORDER AND MOTIONS IN LIMINE** Plaintiff is responsible for timely filing the complete joint pretrial order. All information is to comply with the disclosure requirements of Fed. R. Civ. P. 26(a)(3). All parties are directed to read the Court's Procedures regarding required trial documents and procedures.

10. **January 10, 2020**   **DOCKET CALL is set at 3:00 p.m.** Other than as set out in the Court's Procedures no pleading or document filed within seven days of docket call will be considered by the Court. Any pending motions may be ruled on at docket call, the case will be set for trial, and further pretrial orders may be issued.

11. **February 2020**   **JURY / BENCH TRIAL** Case is subject to being called to trial on short notice during this month.

   Estimated Trial Time: 3-4 days.

Signed in Galveston, Texas this 12th day of February, 2019.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE