United States District Court
Southern District of Texas
**ENTERED**
July 29, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| PATRICIA AND TORBEN ROSENDAHL, § § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:18-CV-00346 |
| § | |
| WRIGHT NATIONAL FLOOD INSURANCE COMPANY, § § § | |
| Defendant. § | |

## ORDER

Before the Court is the Agreed Motion to Modify the Expert Disclosure Deadlines. Dkt. 17. After reviewing the motion and the applicable law, the Court **GRANTS** the motion and **ORDERS** the following changes to the current docket control order:

**August 9, 2019** — Identification of plaintiff's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

**September 13, 2019** — Identification of defendant's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

SIGNED at Galveston, Texas, this 29th day of July, 2019.

_____
George C. Hanks Jr.
United States District Judge