UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| PATRICIA AND TORBEN ROSENDAHL, § § Plaintiff, § VS. § WRIGHT NATIONAL FLOOD INSURANCE § COMPANY, § § § Defendant. | CIVIL ACTION NO. 3:18-cv-00346 |

## ORDER

This case has been referred for mediation. Based on Judge Edison's recommendation, the Court **ORDERS** the following changes to the current docket control order:

| | |
|---|---|
| December 13, 2019 | COMPLETION OF DISCOVERY |
| December 13, 2019 | DISPOSITIVE MOTIONS |

All other deadlines will remain in place according to the October 1, 2019 docket control order. *See* Dkt. 23.

Signed at Galveston, Texas this 15th day of October, 2019.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE