United States District Court
Southern District of Texas
**ENTERED**
November 21, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| PATRICIA AND TORBEN ROSENDAHL, | § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 3:18-cv-00346 |
| WRIGHT NATIONAL FLOOD INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## **CONDITIONAL DISMISSAL ORDER**

The Court has been advised that a settlement has been reached between the parties after a mediation with United States Magistrate Andrew Edison.  Accordingly, it is hereby;

**ORDERED** that Plaintiff's claims against Defendants in the above-styled and -numbered case are **DISMISSED WITHOUT PREJUDICE** to refiling, unless any party represents in writing filed with the Court on or before Tuesday, January 7, 2020, that the settlement could not be completely documented.  If the parties wish the case disposed of on an agreed final judgment rather than this Order, it must be submitted to the Court on or before January 7, 2020.

All pending motions are hereby **DENIED** as moot.

SIGNED at Galveston, Texas, on this 21st day of November, 2019.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE