United States District Court
Southern District of Texas
**ENTERED**
February 05, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| PATRICIA AND TORBEN ROSENDAHL, § § Plaintiff, § VS. § WRIGHT NATIONAL FLOOD INSURANCE COMPANY, § § § § § Defendant. § | CIVIL ACTION NO. 3:18-cv-00346 |

## ORDER

On February 4, 2020, the parties filed a Joint Stipulation of Dismissal with Prejudice (Dkt. 25) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are **DISMISSED WITH PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED on Galveston Island this 5th day of February, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE